United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA

v.                                                         NO. 3:20-cr-137-J-20PDB

CHARLES HENRY DANIELS DEYOUNG

_____

## Order

The Court confirms the United States' obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), to produce all exculpatory evidence to the defendant and orders the United States to fulfill that obligation. Failure to timely fulfill that obligation can result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions.

**Ordered** in Jacksonville, Florida, on October 29, 2020.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:     Laura Taylor, Assistant United States Attorney
       Waffa Hanania, Assistant Federal Defender